## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

TAMERA S.,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of
Social Security,

Defendants.

Case No. 25-CV-119 (NEB/SGE)

ORDER ACCEPTING REPORT AND
RECOMMENDATION

---

The Court has received the January 19, 2026 Report and Recommendation of United States Magistrate Judge Shannon G. Elkins. (ECF No. 13.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.   The Report and Recommendation (ECF No. 13) is ACCEPTED;

2.   Plaintiff's request for relief (ECF No. 9) is GRANTED in part and DENIED in part consistent with the Report in Recommendation.

3.   Defendant's request for relief (ECF No. 10) is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 18, 2026                    BY THE COURT:

                                            s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge